Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E
Charleston, WV  25305



9171 9237 9000 1000 9316 37



**Natalie E. Tennant**
Secretary of State
Telephone: 304-558-6000
Toll Free: 866-SOS-VOTE
www.wvsos.com

Teresa L. Deppner, Clerk
Suite 119
110 N Heber Street
Beckley WV  25801

FILED
AUG 1 2 2013
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

ControlNumber: 362341
Defendant: Aurora Commercial Corp., fka Aurora Loan
County: 0
                8/8/2013
Civil Action: 5:13-cv-21369

I am enclosing:

\_\_\_\_ summons          \_\_\_\_ affidavit            _1_ summons and complaint
\_\_\_\_ notice            \_\_\_\_ answer               \_\_\_\_ summons and verified complaint
\_\_\_\_ order             \_\_\_\_ cross-claim          \_\_\_\_ summons and amended complaint
\_\_\_\_ petition          \_\_\_\_ counterclaim         \_\_\_\_ 3rd party summons and complaint
\_\_\_\_ motion            \_\_\_\_ request              \_\_\_\_ notice of materialmans lien
\_\_\_\_ suggestions       \_\_\_\_ notice to redeem     \_\_\_\_ notice of mechanic's lien
\_\_\_\_ interrogatories   \_\_\_\_ request for production \_\_\_\_ re-issue summons and complaint
\_\_\_\_ discovery         \_\_\_\_ request for admissions \_\_\_\_ subpoena duces tecum
\_\_\_\_ suggestee execution \_\_\_\_ notice of uim claim \_\_\_\_ Other
\_\_\_\_ subpoena          \_\_\_\_ writ
\_\_\_\_ stipulation       \_\_\_\_ writ of mandamus

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact.  According to law, I have accepted service of process in the name and on behalf of your unauthorized foreign corporation.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in your name and on behalf as your attorney-in-fact.   Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper,* **not to the Secretary of State's office.**

Sincerely,

*Natalie E. Tennant*

Natalie E. Tennant
Secretary of State

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| James J. Rowe and Sharon H. Rowe <br><br> *Plaintiff(s)* <br> v. <br> Aurora Commercial Corp., fka Aurora Loan Services, Inc. and Nationstar Mortgage , LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  5:13-cv-21369 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Aurora Commercial Corp., fka Aurora Loan Services, Inc.
c/o Corporation Service Company
1560 Broadway, Suite 2090
Denver, CO  80202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   L. Lee Javins, III
Guy R. Bucci
Mark A. Blaney
Bucci Bailey & Javins, LC
213 Hale Street
Charleston, WV  25301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  08/01/2013                                s/Teresa L. Deppner
                                                 *Signature*