

To: <sop_delivered@wvsos.com>
Cc:
Bcc:
Subject: Case # 5:13-cv-21369 Return Receipt Notification From WV Secretary of State's Office
From: <mail@wvsos.com> - Monday 08/19/2013 11:35 AM

**\*\* THIS IS AN AUTOMATED E-MAIL MESSAGE. \*\***
**\*\* If you received this message in error, please notify the WV Secretary of State's Office by replying to this message. \*\***

**This notification is sent to alert you that a return receipt has been received.
Please find the return receipt in the body of this message below.**

To :

AURORA COMMERCIAL CORP., FKA AURORA LOAN SERVICES, INC.
C/O CORPORATION SERVICE COMPANY
1560 BROADWAY, SUITE 2090
DENVER, CO 80202

The letter was sent on 8/8/2013

Civil Action Number: 5:13-cv-21369
Restricted: N
Certified Number : 9171923790001000931637


This information supplied from Pitney Bowes Distribution Solutions



Date Produced: 08/19/2013

WV SECRETARY OF STATE:

The following is the delivery information for Certified Mail™ item number 7192 3790 0010 0093 1637. Our records indicate that this item was delivered on 08/12/2013 at 12:01 p.m. in DENVER, CO 80202. The scanned image of the recipient information is provided below.

Signature of Recipient : *KPU / Kurt Pleufer*

Address of Recipient : *1300 BROADWAY*

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: 3418879 47695721