IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

JAMES J. ROWE, et al.,

      Plaintiffs,

v.                        CIVIL ACTION NO. 5:13-21369

AURORA COMMERCIAL CORP.,
Et al.,

      Defendants.


<u>ORDER AND NOTICE</u>

      Pursuant to the Local Rules of Civil Procedure of this court, effective December 1, 2009, it is ORDERED that the following dates are hereby fixed as the time by or on which certain events must occur:

| | |
|---|---|
| 12/19/14 | Motions under Rule 12(b) of the Federal Rules of Civil Procedure, together with supporting briefs, memoranda, affidavits or other such matter in support thereof.  (All motions unsupported by memoranda will be denied without prejudice pursuant to Local Rule of Civil Procedure 7.1(a)). |
| 12/29/14 | Last day for Rule 26(f) meeting. |
| 01/05/15 | Last day to file report of Rule 26(f) meeting and Scheduling Order Worksheet, available on the Court's website. <u>See</u> L.R.Civ.P. 16.1. |
| 01/13/15 | Scheduling conference at 1:30 p.m., in Beckley, West Virginia, before the Honorable R. Clarke VanDervort, United States Magistrate Judge, unless otherwise directed by Magistrate Judge VanDervort. |

01/20/15        Entry of scheduling order by Magistrate Judge
                VanDervort.

01/22/15        Last day to make Rule 26(a)(1) disclosures.


The provisions of FR Civ P 14 and 15 with respect to the time in which to file third-party claims and to amend pleadings without leave of court are not affected by this Order and Notice.

Pursuant to LR Civ P 16.1 and 73.1, the parties are informed of their opportunity to consent to the exercise by a magistrate judge of civil jurisdiction over the case, including entry of judgment, as authorized by 28 U.S.C. § 636.  The parties may consent by filing a Consent to Jurisdiction by a United States Magistrate Judge (FR Civ P Form 34), or by so indicating on the Report of Parties' Planning Meeting and Scheduling Order Worksheet, all of which are available on the court's website.

When electronically filing documents with the Clerk's office, a paper courtesy copy to the assigned judicial officer is not required except where any motion, memorandum, response, or reply, together with documents in support thereof, is 50 pages or more in length, or where any administrative record is 75 or more pages in length.

The Clerk is requested to transmit this Order and Notice to all counsel of record and to any unrepresented parties.

IT IS SO ORDERED this 28th day of October, 2014.

ENTER:

David A. Faber
Senior United States District Judge