FILED: April 7, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1906
(5:13-cv-21369)

_____

JAMES J. ROWE, and; SHARON H. ROWE

      Plaintiffs - Appellants

v.

AURORA COMMERCIAL CORP., f/k/a Aurora Loan Services, Inc., a Delaware Corporation; NATIONSTAR MORTGAGE, LLC, a Texas Limited Liability Company

      Defendants - Appellees

and

CITIBANK, N.A.; LEHAM XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-6

      Defendants

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK