IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
Beckley Division

JAMES J. ROWE and
SHARON H. ROWE,

      *Plaintiffs,*

v.                                              Civil Action No. 5:13-cv-21369

CITIBANK N.A. AS THE TRUSTEE
FOR LEHMAN XS TRUST MORTGAGE
PASS-THROUGH CERTIFICATES, SERIES 2005-6,

      *Defendant.*

**ENTERED**
SEP 16 2015
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

## AGREED DISMISSAL ORDER

Upon the agreement and stipulation of the parties, Plaintiffs James J. Rowe and Sharon H. Rowe ("Plaintiffs"), by counsel, and Citibank N.A. as the Trustee for Lehman XS Trust Mortgage Pass-Through Certificates, Series 2005-6, by counsel, the matters at issue between them in the present action, which concern the claims set forth in Plaintiffs' Second Amended Complaint, have been compromised, agreed, and settled.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that the entirety of this matter, including all of Plaintiffs' claims set forth in the Second Amended Complaint as against Citibank is **DISMISSED** with prejudice.

The Clerk is directed to send copies of this Order to all counsel of record.

**IT IS SO ORDERED.**

Enter: _SEPTEMBER 16, 2015._

_David A. Faber_

The Honorable David A. Faber

WE ASK FOR THIS:

/s L. Lee Javins, II
L. Lee Javins, II (WV Bar No. 6613)
Guy R. Bucci (WV Bar No. 0521)
Mark A. Barney (WV Bar No. 10282)
Bucci Baily & Javins
231 Hale Street
PO Box 3712
Charleston, WV 25337
Telephone: (304) 345-0346
Facsimile: (304) 345-0375
E-mail: ljavins@bbjlc.com
E-mail: bucci@bbjlc.com
E-mail: mbarney@bbjlc.com

*and*

/s/ Jason E. Manning
John C. Lynch (W. Va. Bar No. 6627)
Jason E. Manning (W. Va. Bar No. 11277)
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7564
Facsimile: (757) 687-1524
E-mail: john.lynch@troutmansanders.com
E-mail: jason.manning@troutmansanders.com

D. Kyle Deak (WV Bar No. 11604)
TROUTMAN SANDERS LLP
434 Fayetteville Street, Suite 1900
Raleigh, North Carolina 27601
Telephone: (919) 835-4133
Facsimile: (919) 829-8725
E-mail:kyle.deak@troutmansanders.com

26589291